UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:21-cv-454-FL

| | |
|---|---|
| CREDEUR'S SPORTSHOUSE, INC., PERCY FRED CREDEUR, JR. AND ALMA B. CREDEUR, <br><br> Plaintiffs, <br><br> v. <br><br> JAL EQUITY CORP., <br><br> Defendant. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

NOW COME plaintiffs-counterclaim defendants Credeur's Sportshouse, Inc., Percy Fred Credeur, Jr., and Alma B. Credeur, and defendant-counterclaim claimant JAL Equity Corp., by and through counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of all claims and counterclaims asserted in the above-captioned matter, WITH PREJUDICE. The parties agree to bear their own costs in this matter.

Respectfully submitted, this the 22nd day of November, 2022.

**SIGNATURES ON FOLLOWING PAGE**

1

| EVERETT GASKINS HANCOCK LLP | MAGINNIS HOWARD |
|---|---|
| /s/ Katherine A. King<br>James M. Hash<br>N.C. Bar No.: 38221<br>Katherine A. King<br>N.C. Bar No.: 44525<br>P.O. Box 911<br>Raleigh, NC 27602<br>Telephone: 919-755-0025<br>Facsimile: 919-755-0009<br>james@eghlaw.com<br>katie@eghlaw.com<br>*Counsel for Plaintiffs-Counterclaim Defendants* | /s/ Edward H. Maginnis<br>Edward H. Maginnis<br>N.C. Bar No.: 39317<br>C. Jordan Godwin<br>N.C. Bar No.: 56316<br>7706 Six Forks Road<br>Raleigh, NC 27615<br>Telephone: 919-446-4782<br>Facsimile: 919-526-0450<br>emaginnis@maginnishoward.com<br>jordan@maginnishoward.com<br>*Counsel for Defendant-Counterclaim Claimant* |

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing *Joint Stipulation of Dismissal* has been electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Edward H. Maginnis
C. Jordan Godwin
Maginnis Howard
7706 Six Forks Road
Raleigh, NC 27615
emaginnis@maginnishoward.com
jordan@maginnishoward.com

This the 22nd day of November, 2022.

By: /s/ Katherine A. King
Katherine A. King